[No. 4700-4-II.   Division Two.   December 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
C. PICKERNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-489, John W. Schumacher, J., entered April 11, 1980. *Affirmed* by unpublished opinion

per Petrie, A.C.J., concurred in by Pearson, J., and Johnson, J. Pro Tem.